UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELI GOITEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  v.<br><br>JUST ENERGY GROUP INC., DEBORAH MERRIL, JAMES LEWIS, PATRICK MCCULLOUGH, and JIM BROWN,<br><br>        Defendants. | Case No. 1:19-cv-07181-JGK<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

Eli Goitein, et al., Plaintiff(s)
vs.
Just Energy Group, Inc., et al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 155004-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
—Just Energy Group, Inc., c/o Just Energy (U.S.) Corp.
Court Case No. 19-cv-7181

GLANCY, PRONGAY, ET AL
Mr. Paul Harrigan
1925 Century Park E., Ste. 2100
Los Angeles, CA 90067

State of: **TEXAS** ) ss.
County of: **HARRIS** )

Name of Server: **PATRICK MAHON**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **27** day of **August**, 20**19**, at **11:57** o'clock **A** M

Place of Service: at **5251 Westheimer Road, Suite 1000**, in **Houston, TX 77056**

Documents Served: the undersigned served the documents described as:
Summons and Class Action Complaint for Violation of the Federal Securities Laws

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Just Energy Group, Inc., c/o Just Energy (U.S.) Corp.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **CHRISTANNE ROBINSON, IN HOUSE COUNSEL**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **WHT**; Hair Color **BLK**; Facial Hair **—**
Approx. Age **41**; Approx. Height **5'2"**; Approx. Weight **118 LB**

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Deanna Smith*
Signature of Server

Subscribed and sworn to before me this 1st day of September, 2019

*Deanna Smith*   04-27-2022
Notary Public   (Commission Expires)

APS International, Ltd.

DEANNA SMITH
Notary Public, State of Texas
Comm. Expires 04-27-2022
Notary ID 125731261

## PROOF OF SERVICE

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On October 8, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 8, 2019.

<em>s/ Lesley F. Portnoy</em><br>
Lesley F. Portnoy