

November 15, 2019

**VIA ECF**

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> RE:   *Goitein v. Just Energy Group Inc. et al.*, No. 19-cv-07181-JGK
>        *White v. Just Energy Group Inc. et al.*, No. 19-cv-08236-JGK

Dear Judge Koeltl:

We represent Defendant Just Energy Group Inc. in these cases.  We write to confirm that the conferences scheduled for next week in these two related matters will be held concurrently at the same date and time, Thursday, November 21, 2019, at 4:30 PM in Courtroom 14A, 500 Pearl Street, New York, NY 10007.

*Goitein* and *White* are related cases, both putative securities class actions brought by shareholders of the same company based on the same facts and asserting the same claims.  *Goitein* is the first-filed case.  Several months ago, the Court entered a scheduling order on the *Goitein* docket (Dkt. 7), and scheduled an initial conference for Thursday, November 21, 2019, at 4:30 PM.  *White* is a later-filed case, which was scheduled for an initial conference on Monday, November 18, 2019.  (A third related case, *Brodeur*, No. 19-cv-07181-JGK, is not currently scheduled for an initial conference.)

We contacted the Court Clerk by telephone on the afternoon of November 14, 2019, to address this scheduling matter, and confirmed that the initial conference in *White* should be moved to the same date and time as the scheduled conference in *Goitein*.  We were directed to submit this letter to that effect, and we notified opposing counsel of the scheduling clarification.

We look forward to discussing these cases with the Court at the initial conference on Thursday, November 21, 2019, at 4:30 PM.

Respectfully submitted,

/s/ Jason Cyrulnik
Jason Cyrulnik

cc:   Counsel of record (via ECF)