**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ELI GOITEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JUST ENERGY GROUP INC., DEBORAH MERRIL, JAMES LEWIS, PATRICK MCCULLOUGH, and JIM BROWN,<br><br>　　　　　　　　　　Defendants. | Case No. 1:19-cv-07181-JGK |

**PLAINTIFF ELI GOITEIN'S NOTICE OF VOLUNTARY DISMISSAL**

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Eli Goitein ("Plaintiff") hereby voluntarily dismisses this action, without prejudice, as to all Defendants, without prejudice to his ability to participate in related actions as an absent class member. As grounds therefore, Plaintiff states that: (1) Defendants have not served an answer or a motion for summary judgment; and (2) this dismissal will not bind or prejudice any party or member of the putative class.

Respectfully submitted,

DATED: November 20, 2019        **GLANCY PRONGAY & MURRAY LLP**

By:   *s/ Lesley F. Portnoy*
Lesley F. Portnoy (LP-1941)
230 Park Ave., Suite 530
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
Email: lportnoy@glancylaw.com

*Counsel for Plaintiff Eli Goitein*

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On November 20, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 20, 2019 at Los Angeles, California.


                                                *s/ Lesley F. Portnoy*
                                                Lesley F. Portnoy